| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>   United States Attorney<br>2  MATTHEW M. YELOVICH<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900 | **FILED**<br>JUN 20 2017<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

Attorneys for Plaintiff
United States of America


SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH ORELIGOHAR@GMAIL.COM, YANIVGOHAR@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | CASE NO. 2:17-SW-.518 AC<br><br>[~~PROPOSED~~] ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**UNDER SEAL** |

    The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding GOOGLE, INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

    The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. See 18 U.S.C. § 2705(b).

    IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that GOOGLE, INC.

[PROPOSED] ORDER

1 | may disclose the attached warrant to an attorney for GOOGLE, INC. for the purpose of receiving legal
2 | advice.

3 |     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4 | ordered by the Court.

Dated: 6/20/17

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2