1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   MIRIAM R. HINMAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

**FILED**

FEB 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8

9          IN THE UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF:          | CASE NO: 2:17-SW-518 AC

12 | INFORMATION ASSOCIATED WITH              | [PROPOSED] ORDER TO UNSEAL SEARCH
   | OREL1GOHAR@GMAIL.COM,                     | WARRANTS AND SEARCH WARRANT
13 | YANIVGOHAR@GMAIL.COM THAT IS             | AFFIDAVITS
   | STORED AT PREMISES CONTROLLED BY
14 | GOOGLE, INC.

15

16
        Upon application of the United States of America and good cause having been shown,
17
        IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.
18
19  Dated: 2/11/2019                    _____
                                        The Honorable Carolyn K. Delaney
20                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28